UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE PEYTON, | ) Case No. CV 15-1546-VAP(AJW) |
| Petitioner, | ) |
| v. | ) |
| | ) JUDGMENT |
| JEFFERY A. BEARD, | ) |
| Respondent. | ) |

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: December 2, 2015

*Virginia A. Phillips*
_____
Virginia A. Phillips
United States District Judge